UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/NA
February 11, 2026
10:00 AM

––––––––––––––––––––––––––––––––––––––––––x

IN RE:

Case No. 24-22252-DSJ

VANESSA BELLIARD,

Hon. DAVID S. JONES

**NOTICE OF MOTION**

                     Debtor.

––––––––––––––––––––––––––––––––––––––––––x

　　　　PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable David S. Jones, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 11th day of February, 2026 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

　　　　**PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

　　　　Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   White Plains, New York
　　　　January 14, 2026

/s/ *Thomas C. Frost*
THOMAS C. FROST, CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––––––––x

IN RE:

VANESSA BELLIARD,

                                      Debtor.

––––––––––––––––––––––––––––––––––––––––––––––x

TF-0014/NA
February 11, 2026
10:00 AM

Case No: 24-22252-DSJ

Hon. DAVID S. JONES

**APPLICATION**

TO THE HONORABLE DAVID S. JONES, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on March 26, 2024 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 21 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $824.00.

3. The Debtor has failed to submit timely Chapter 13 plan payments to the Trustee as required by 11 U.S.C. §1325(a)(6) and is in arrears, to date, in the amount of $3,120.00.

4. The Debtor has failed to provide the Trustee with copies of filed 2024 federal and state tax returns as required pursuant to 11 U.S.C. § 521(f)(1), and refunds if any.

5. The Trustee also respectfully requests copies of the 2025 federal and state tax returns and any refunds, if any, once filed with the taxing authorities as required by 11 U.S.C. § 521(f)(1).

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
            January 14, 2026

                                                      /s/ *Thomas C. Frost*
                                                      Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x          Case No: 24-22252-DSJ
IN RE:

  VANESSA BELLIARD,

                                                  **CERTIFICATE OF SERVICE
                                                      BY MAIL**

                    Debtor.
-------------------------------------------------------x

       This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

VANESSA BELLIARD
630 E. LINCOLN AVENUE, APT. # GP
MOUNT VERNON, NY 10552

H. BRUCE BRONSON, JR, ESQ.
BRONSON LAW OFFICES PC
480 MAMARONECK AVENUE
HARRISON, NY 10528


This January 14, 2026

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  24-22252-DSJ
Hon. DAVID S. JONES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
IN RE:

VANESSA BELLIARD,

                    Debtor.

---

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

---

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**